UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ILINKHOBBY, INC, et al.,<br>　　　　Defendants. | Case No.  13-cv-03190-JSC<br><br>**ORDER REQUESTING STATUS UPDATE** |

Plaintiffs filed this Americans with Disabilities Act ("ADA") access case in July 2013. The complaint, counterclaims, and third-party complaint were all answered as of January 2014. Since that time, the docket does not reflect any substantive activity. Accordingly, on or before September 25, 2014, Plaintiff shall file a status report updating the Court on the status of the case.

**IT IS SO ORDERED.**

Dated: September 12, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge