UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN HEATHERLY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ILINKHOBBY, INC, et al.,<br><br>    Defendants. | Case No. 13-cv-03190-JSC<br><br>**ORDER VACATING DISMISSAL ORDER AND ADR REFERRAL**<br><br>Re: Dkt. No. 33 |

The dismissal order issued on January 2, 2015 is hereby vacated. The matter is referred to the ADR department for a telephone conference.

**IT IS SO ORDERED**.

Dated: January 6, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge